The People of the State of New York, Respondent, v. Musette McComas, Appellant.— Judgment of conviction reversed on the law and facts, and new trial granted. Held, 1. That the verdict is against the weight of the evidence. 2. That the evidence of Dr. Tinker as to conversations between himself and Mrs.

Walters was inadmissible. (*People* v. *Murphy*, 101 N. Y. 126, 130.) 3. That comments were made by the presiding judge in the course of the trial which were prejudicial. All concur; Davis and Sears, JJ., upon the second and third grounds stated only.